UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00349(1)-DAE |
| | § | |
| (1) Eduardo Ulises Juarez-Pacheco | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 9, 2026, wherein the defendant Juarez-Pacheco waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Juarez-Pacheco to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Juarez-Pacheco's plea of guilty to Count One of the Information is accepted.

Signed this 17th day of July, 2026.

DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE